```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                         ATHENS DIVISION


GAIL WATSON,                          *

        Plaintiff                     *

vs.                                   *
                                            CASE NO. 3:08-CV-70 (CDL)
MICHAEL J. ASTRUE, Commissioner       *
of Social Security,
                                      *
        Defendant
_____        *
```

O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on February 27, 2009, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 25th day of March, 2009.

```
                              S/Clay D. Land
                               CLAY D. LAND
                         UNITED STATES DISTRICT JUDGE
```